LAW OFFICES OF ANZ AND ASSOCIATES, APC
Nabile John Anz, SBN 183324
Hiro Jason Watari, SBN 231009
Sidney Sohn, SBN 227662
16501 Ventura Blvd.
Suite 504
Encino, California 91436
(818) 788-6120 Office
(818) 818-6130 Facsimile

Attorneys for Plaintiffs,
ANTHONY PRALLE and CRISPIN WILSON

FILED
06 SEP 12 PM 1:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PRALLE, an individual; and CRISPIN WILSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BRUNO CALIMAS, an individual; CLAIRE LeMAITRE CALIMAS, an individual; CORPLND INTERNATIONAL, LTD., a British Virgin Islands company; and DOES 1 through 100 inclusive, <br><br> Defendants. | CASE NO. 02CV1436-JH (AJB) <br><br> [PROPOSED] ORDER GRANTING ISSUANCE OF LETTER OF REQUEST TO ROYAL COURT OF JERSEY, ENGLAND <br><br> Date: <br> Time: <br> Dept: |

Plaintiffs Anthony Pralle and Crispin Wilson for an order granting issuance of letter of request to Royal Court of Jersey, England.

The court having considered the arguments of counsel and the ex parte application, and Good Cause Appearing Therefore, IT IS ORDERED that the application be, and it hereby is, granted as follows:

The Court issues the Letter of Request to the Royal Court of Jersey in England to obtain relevant bank documents and records from Lloyds TSB Bank located in Jersey, England.

Dated: 9-5-2006

Honorable John A. Houston
United States District Judge

## TO THE ROYAL COURT OF JERSEY

I, **John A. Houston**, a Judge of the United States District Court, Southern District of California, respectfully request the assistance of your court with regard to the following matters.

1. An action is now pending in the United States District Court, Southern District of California, the title of which proceedings are as follows:

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PRALLE, an individual; and, CRISPIN WILSON, and individual, <br><br> Plaintiffs, <br> vs. <br><br> BRUNO CALIMAS, an individual, CLAIRE Le MAITRE CALIMAS, an individual; CORPLAND INTERNATIONAL, LTD., a British Virgin Islands company; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. '02 CV01436 J (JAH) <br><br> COMPLAINT FOR BREACH OF CONTRACT; EMBEZZLEMENT AND CONVERSION; FRAUD; BREACH OF FIDUCIARY DUTY; CONSTRUCTIVE TRUST; AND, VIOLATIONS OF §10 (b) OF THE EXCHANGE ACT AND RULE 10b-5 PROMULGATED THEREUNDER <br><br> JURY TRIAL DEMANDED |

in which Mr. Anthony Pralle and Mr. Crispin Wilson the Plaintiffs and (1) Bruno Calimas of is the First Defendant; (2) Claire Le Maitre Calimas of is the Second Defendant and (3) Corpland International Limited of is the Third Defendant.

2. The names and addresses of the legal advisers or representatives of the parties to the above proceedings are as follows:

   Plaintiffs: The Law Offices of Anz & Associates, APC. 16501 Ventura Blvd. Suite 504, Encino, California, 91436, United States of America. The Plaintiffs are represented in Jersey by Advocate Christopher Lakeman of Carey Olsen, 47 Esplanade, St Helier, Jersey JE1 0BD.

   Defendants: None of the Defendants have filed any defence in the proceeding, and it is not known whether they are legally represented.

3. In the action the Plaintiffs allege:

   **Breach of Contract, Embezzlement and Conversion, Fraud, Breach of Fiduciary Duty, Constructive Trust, Violation of §10(b) of the Exchange Act and Rule 10b-5 Promulgated**

4. The relief sought by the Plaintiffs is for general damages, consequential damages, punitive damages, constructive trust, interest and costs. The Plaintiffs believe that the Defendants have a bank account identified by sort code 30-16-42 and numbered 0179255, likely in the name of one of the Defendants. It is further believed that the account so identified is held either at:

   a. Lloyds TSB Bank (Jersey) Limited, PO Box 160, 25 New Street, St Helier, JE4 8RG, or

   b. Lloyds TSB Offshore Limited, P.O. Box 160, 25 New Street, St Helier, Jersey, JE4 8RG, or

   c. Lloyds TSB Bank Plc, Jersey Branch, P.O. Box 160, 25 New Street, St Helier, Jersey, JE4 8RG.

   It is further believed that any funds in this account constitute proceeds of the actions complained of by the Plaintiffs in this proceeding.

5. It is necessary for the purposes of justice, for the due determination of the matters in dispute between the parties, and for due execution of any judgment that this Court may give, that you cause the following persons who are incorporated or carrying on business in your jurisdiction to produce documents, and to provide evidence on oath by way of affidavit, with a view to their evidence being admitted into evidence in the above proceedings. The names and addresses of the persons in question (hereafter referred to as "the witnesses") are:

   a. Lloyds TSB Bank (Jersey) Limited, PO Box 160, 25 New Street, St Helier, JE4 8RG.

   b. Lloyds TSB Offshore Limited, P.O. Box 160, 25 New Street, St Helier, Jersey, JE4 8RG.

   c. Lloyds TSB Bank Plc, Jersey Branch, P.O. Box 160, 25 New Street, St Helier, Jersey, JE4 8RG.

6. The documents which relate to the issues raised in the above proceedings, which the witnesses are requested be required to produce and of which copies be delivered to the legal advisers of the Plaintiffs, are set out in Schedule 1 to this Letter of Request.

7. The witnesses should be required to provide on affidavit regarding the matters identified Schedule 2 of this Letter of Request. Those matters are relevant to the issues to be determined in the said proceedings.

8. I would ask that you make a further order that the witnesses not disclose this request, nor any order made by you, nor the information provided pursuant to the request, to any person other than (1) to each other, and (2) to their legal advisers.

9. The plaintiffs have agreed to pay the reasonable costs incurred by the witnesses in complying with this request.

10. I would ask that you inform the legal adviser of the Plaintiffs in Jersey, Advocate Christopher Lakeman of Carey Olsen, of any matter involving this case.

11. Finally, I request that you will cause the documents and affidavit provided by the said witness to be duly marked for identification and that you will be further pleased to authenticate such examination by the seal of your Court or in such other way as is in accordance with your procedure and return the affidavit and documents produced to me via Advocate Christopher Lakeman of Carey Olsen.

Signed by the said

*[signature]*

John A. Houston
United States District Judge

Official Court Seal:

## SCHEDULE 1

### Documents to be produced by each witness

All bank statements, internal memoranda, file notes, and correspondence held by the witness (if any) concerning (i) the bank account(s) identified by sort code 30-16-42 and numbered 0179255, and (ii) any other accounts in the names of or beneficially owned by the defendants (or any of them).

## SCHEDULE 2

### Matters to be addressed in affidavit by each witness

1. Verification of documents provided pursuant to Schedule 1.

2. The name(s) in which the bank account(s) identified by sort code 30-16-42 and numbered 0179255 are held, if that information is known or available to the witness.

3. The current balance(s) of the bank account(s) identified by sort code 30-16-42 and numbered 0179255, if that information is known or available to the witness.

4. Details of any transfers in excess of £5,000 (or equivalent currency) to or from the bank account(s) identified by sort code 30-16-42 and numbered 0179255, if that information is known or available to the witness.

5. Details of any other accounts or assets of the defendants (or any of them) held by the witness, whether held in the defendants' names or not.