# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Anthony Pralle

                V.                       **JUDGMENT IN A CIVIL CASE**

Bruno Calimas

                              **CASE NUMBER:**   02CV1436-JAH(AJB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that case is dismissed without prejudice.

| March 13, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                    s/ J. Petersen
                                                    (By) Deputy Clerk
                                                    ENTERED ON March 13, 2007